# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALISHA GATEWOOD**, *Plaintiff* <br><br> v. <br><br> **INGLIS HOUSE**, *Defendant* | CIVIL ACTION <br><br> Case No. 2:19-cv-00793-JDW |

## ORDER

**AND NOW**, this 29th day of July, 2019, upon notice that the Parties have resolved the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.